IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00150-WYD-MJW

MEMPHIS STREET, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LOWE ENTERPRISES RESIDENTIAL INVESTORS, LLC, a Delaware limited liability company; and
WAYNE E. VADEN, in his capacity as Public Trustee for Denver County, Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Lowe Enterprises Residential Investors LLC's Motion to Dismiss, filed January 26, 2007 (docket #7) is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards, specifically Section III.A.2.  The exhibits need not be resubmitted.

    Dated:  January 29, 2007

Dockets.Justia.com